NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KYLE R. SWILLEY,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No.  2D17-5068
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed September 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Kelly P. Butz, Judge.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and CRENSHAW and SLEET, JJ., Concur.